UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOUGLAS RAY NELSON,

                Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

Case No. C21-1448 RSM

**ORDER AMENDING THE SCHEDULING ORDER**

This matter is before the Court on Defendant's motion to amend the scheduling order, supported by counsel's declaration requesting the extension due to workload reasons. Dkt. 13. This court has repeatedly warned Defendant's attorneys that workload management is their responsibility, not the court's. The Court will grant the instant motion but advises counsel her workload will not be sufficient grounds for further extensions of time. Accordingly, it is hereby ORDERED that the Scheduling Order (Dkt. 10) is amended as follows.

- Defendant's Response Brief is due June 13, 2022.
- Plaintiff's Optional Reply Brief is due June 27, 2022.

DATED this 12th day of May, 2022.

                                              RICARDO S. MARTINEZ
                                              CHIEF UNITED STATES DISTRICT JUDGE